UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KWANTRA VARNADO, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-8969** |
| **MELIS AITIEV, ET AL.** | **SECTION "S" (3)** |

## SHOW CAUSE ORDER

The record reflects that service of the Amended Complaint (R. Doc. 7) has not been effected upon defendant(s) Melis Aitiev, DD Logistics, Inc., and CVS Trucking, Inc. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 90 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly,

**IT IS ORDERED** that plaintiff show good cause in writing within twenty days why service of process has not been effected, or the unserved defendant(s) will be dismissed without notice.

New Orleans, Louisiana, this 29th day of April, 2019.

*[signature]*

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE