AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Kwantra Varnado, Herold Payne, and Taj Varnado <br><br> *Plaintiff(s)* <br> v. <br> Melis Aitiev, DD Logistics, Inc., and Wesco Insurance company <br><br> *Defendant(s)* | Civil Action No. 2:18-cv-08969  S (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CVS TRUCKING, INC.
Through Louisiana Long Arm Statute through its Registered Agent:
Gheorghe H. Comsa
2300 E. Higgins Rd., Ste 230
Elk Grove Village, IL 60007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jason Baer, Esq.
> Pandit Law Firm
> 701 Poydras St., Ste 3950
> New Orleans, LA 70139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

*Deputy clerk's signature*

Date: **Jan 31 2019**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-08969

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __CVS Trucking, Inc.__
was received by me on *(date)* __2-1-2019__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because __Certified mail "Unclaimed" after multiple attempts__ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __5/9/2019__

__Stacie Coleman__
Server's signature

__Stacie Coleman__
Printed name and title

__3000 Kingman #200 Metairie, LA 70006__
Server's address

Additional information regarding attempted service, etc: