AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Kwantra Varnado, Herold Payne, and Taj Varnado <br><br> *Plaintiff(s)* <br> v. <br><br> Melis Aitiev, DD Logistics, Inc. and Wesco Insurance Company <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:18-cv-08969 S(5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MELIS AITIEV
Through the Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JASON M. BAER
BAER LAW, LLC
3000 KINGMAN ST., SUITE 200
METAIRIE, LA 70006
504-372-0111
jbaer@baerlawllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: __May 09 2019__   _____
Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-08969 S(5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Melis Aitien__
was received by me on *(date)* __5/9/2019__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __LA Secretary of State__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__Melis Aitien__ on *(date)* __5-17-2019__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: __Certified mail # 9414 7118 9956 1800 9134 51__

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __5/17/2019__

__Stacie Coleman__
Server's signature

__Stacie Coleman__
Printed name and title

__3000 Kingman #200, Metairie, LA 70006__
Server's address

Additional information regarding attempted service, etc: