## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KWANTRA VARNADO,** | * | **CIVIL ACTION** |
| **HEROLD PAYNE AND TAJ VARNADO** | * | |
| | * | **NO. 2:18-CV-08969** |
| | * | |
| **VERSUS** | * | **JUDGE MARY ANN VIAL LEMMON** |
| | * | |
| **MELIS AITIEV, DD LOGISTICS, INC.,** | * | **MAGISTRATE MICHAEL B. NORTH** |
| **AND WESCO INSURANCE COMPANY** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 12(b)(5) MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes defendant, Melis Aitiev ("Aitiev"), who appears solely for the limited purpose of filing this Motion to Dismiss in response to the 1) Complaint (Rec. Doc. 1) and 2) Supplemental and Amending Complaint (Rec. Doc. 7) filed by Plaintiffs, Kwantra Varnado, Taj Varnado, and Harold Payne ("Plaintiffs").

Despite various attempts, Plaintiffs have failed to serve defendant Aitiev with the lawsuit. Specifically, Aitiev has not been provided adequate or sufficient notice which is mandated by Louisiana Revised Statute 13:3475.

WHEREFORE, defendant, Melis Aitiev, prays that this Honorable Court grant the instant Rule 12(b)(5) Motion to Dismiss and dismiss Plaintiffs' claims against Melis Aitiev with prejudice.

Respectfully submitted,

*/s/ George Drennan*
GEORGE C. DRENNAN (#28025)
LAUREN N. BAUDOT (#36367)
Plauché Maselli Parkerson, LLP
701 Poydras, Suite 3800
New Orleans, Louisiana 70139-4240
Tel:  (504) 582-1142; Fax:  (504) 582-1172
E-mail: gdrennan@pmpllp.com
E-mail: lbaudot@pmpllp.com
*COUNSEL FOR MELIS AITIEV*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2019, I have electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ George Drennan